1
2
3
4
5

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>v.<br><br>JOAQUIN IGNACIO ZARCO, JR., ET AL,<br><br>                     Defendants. | Case No.:  23-cr-2012-JO<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |
|---|---|

On April 10, 2024, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for April 12, 2024 to June 7, 2024.  For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 28] and sets the Motion Hearing/Trial Setting on June 7, 2024 at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.  Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

//
//
//
//
//
//

Further, on October 30, 2023, Defendant Joaquin Ignacio Zarco, Jr. filed a pretrial motion that remains pending. Accordingly, the Court finds that time from October 30, 2023 to June 7, 2024 shall be excluded under the Speedy Trial Act on grounds that a pretrial motion is pending. 18 U.S.C. § 3161(h)(1)(D). This time is also excluded as to the Co-Defendant. *United States v. Messer*, 197 F.3d 330, 336 (9th Cir. 1999) ("It is well established that an exclusion from the Speedy Trial clock for one defendant applies to all codefendants.").

The parties are instructed to appear in person at the hearing on June 7, 2024, and to be prepared to discuss the progress of discovery and the setting of a trial date.

IT IS SO ORDERED.

Dated: 4/10/2024

_____
Hon. Jinsook Ohta
UNITED STATES DISTRICT JUDGE